JAMES V. LAWRENCE, Appellant, *v.* JOHN J. McKELVEY et al., Respondents.

*Lawrence* v. *McKelvey*, 106 App. Div. 612, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 30, 1905, modifying and affirming as modified a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the alleged malicious prosecution of an involuntary bankruptcy proceeding.

*Ralph Earl Prime, Jr.,* for appellant.

*Edward M. Shepard, Frederick W. Mattocks* and *Seth Sprague Terry* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ, Not sitting: WILLARD BARTLETT, J.